1  NICHOLAS A. TRUTANICH
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MICHAEL K. MARRIOTT, CSBN 280890
4  Special Assistant United States Attorney
       160 Spear Street, Suite 800
5      San Francisco, California 94105
       Telephone: (415) 977-8985
6      Facsimile: (415) 744-0134
       E-Mail: Michael.Marriott@ssa.gov
7
8  Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | |
|---|---|
| MARIA WOZNIAK, | Case No: 2:18-cv-02221-APG-VCF |
| Plaintiff | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION TO AFFIRM** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | **(First Request)** |
| Defendant. | |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, hereby requests an extension of time of thirty days to Wednesday, May 29, 2019, to prepare and file her cross motion to affirm. This is the Commissioner's first request for an extension.

Defendant respectfully requests this extension of time because of a very heavy workload, including over ten district court merits briefs due in the next four weeks, as well as two Ninth Circuit responsive briefs to complete.

-1-

On April 29, 2019, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: April 29, 2019　　　　　SCHIFFMAN LAW OFFICE, P.C.

By: _/s/ Anna Schiffman*_
ANNA SCHIFFMAN
*authorized by email April 29, 2019

Attorney for Plaintiff

Date: April 29, 2019　　　　　NICHOLAS A. TRUTANICH
United States Attorney

By: _/s/ Michael K. Marriott_
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: April 30, 2019

HONORABLE CAM FERENBACH
United States Magistrate Judge

-2-

# CERTIFICATE OF SERVICE

I, Michael K. Marriott, hereby certify that I caused a copy of Stipulation for Extension of Time to File Defendant's Cross Motion to Affirm to be served, via CM/ECF notification, on:

Anna Schiffman
Schiffman Law Office, P.C.
4506 N. 12th St.
Phoenix, AZ 85014

Date: April 29, 2019

NICHOLAS A. TRUTANICH
United States Attorney

By: /s/ Michael K. Marriott
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant