**SCHIFFMAN LAW OFFICE, P.C.**
4506 NORTH 12TH STREET
PHOENIX, ARIZONA   85014
Phone:  602-266-2667
Fax:  602-266-0141

ANNA T. SCHIFFMAN, #028047
anna@schiffmanlaw.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| Maria Wozniak, | ) |
|       Plaintiff, | ) Case No.: 2:18-02221-APG-VCF |
| vs. | ) STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE/REPLY |
| Nancy A. Berryhill, Acting Commissioner, | ) |
| Social Security Administration, | ) |
|       Defendant | ) (First Request) |

Plaintiff's counsel hereby requests an extension of time from the docket generated deadlines (Doc. 23 and Doc. 24) of June 19, 2019 and June 26, 2019, respectively, to comply with the scheduling order granting 20 days to file a Reply/Response i.e. July 2, 2019. This is Plaintiff's first request for an extension.

Plaintiff's counsel respectfully requests this extension of time because of the press of business, including hearings and other already scheduled matters and to provide confirmation of the scheduling deadline as documented in the scheduling order in Doc. 16, Pg. 2, Paragraph 3.

1

On June 19, 2019, Defendant informed Plaintiff's counsel by email that he had no objection to this extension.

Respectfully submitted this 19th day of June, 2019.

SCHIFFMAN LAW OFFICE, P.C.

BY: /s/
Anna T. Schiffman
Attorney for Plaintiff
4506 North 12th Street
Phoenix, Arizona 85014

BY: /s/Jeffrey Chen*
Jeffrey Chen
*authorized by email June 19, 2019
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: 6-20-2019

_____
HONORABLE CAM FERENBACH
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Dayle Elieson
United States Attorney
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101-6521

Michael K. Marriott
Special Assistant U.S. Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105


  /s/
Anna T. Schiffman