NICHOLAS A. TRUTANICH
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

## LAS VEGAS DIVISION

| | |
|---|---|
| MARIA WOZNIAK, | Case No: 2:18-cv-02221-APG-VCF |
|     Plaintiff | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION TO AFFIRM** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | **(Second Request)** |
|     Defendant. | |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, hereby requests an extension of time of fourteen days to Wednesday, June 12, 2019, to prepare and file her cross motion to affirm. This is the Commissioner's first request for an extension.

Defendant respectfully requests this extension of time because of a very heavy workload, including ten district court merits briefs due in the next two weeks, as well as a Ninth Circuit responsive brief to complete.

-1-

On May 29, 2019, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: May 29, 2019      SCHIFFMAN LAW OFFICE, P.C.

By:    */s/ Anna Schiffman*\*
ANNA SCHIFFMAN
\*authorized by email May 29, 2019

Attorney for Plaintiff

Date: May 29, 2019      NICHOLAS A. TRUTANICH
United States Attorney

By:    */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: 8-2-2019

HONORABLE CAM FERENBACH
United States Magistrate Judge

-2-

# CERTIFICATE OF SERVICE

I, Michael K. Marriott, hereby certify that I caused a copy of Stipulation for Extension of Time to File Defendant's Cross Motion to Affirm to be served, via CM/ECF notification, on:

> Anna Schiffman
> Schiffman Law Office, P.C.
> 4506 N. 12th St.
> Phoenix, AZ 85014

Date: <u>May 29, 2019</u>

NICHOLAS A. TRUTANICH
United States Attorney

By: <u>/s/ Michael K. Marriott</u>
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant